# Court of Appeals
# of the State of Georgia

ATLANTA,  December 21, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0704. ORLIN AVILA-CASTELLANO v. THE STATE.

Orlin Avila-Castellano was convicted of burglary, armed robbery, and aggravated assault. Following the denial of his motion for new trial, Avila-Castellano appealed to this Court. We affirmed his convictions. *Avila v. State*, 322 Ga. App. 225 (744 SE2d 405) (2013). Avila-Castellano later filed an extraordinary motion for new trial, which the trial court denied. He then filed this direct appeal, but we lack jurisdiction.

An order denying an extraordinary motion for new trial must be appealed by discretionary application. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). Avila-Castellano's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  12/21/2021*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*